UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alicia Peterman, | : <br> : <br> : Civil Action No.: 2:11-cv-05891-JS-WDW <br> : <br> Plaintiff, : <br> v. : <br> : <br> Commercial Recovery Systems, Inc.; and : <br> DOES 1-10, inclusive, : <br> : <br> Defendant. : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Alicia Peterman ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 28, 2012

                                                                                           Respectfully submitted,

                                                                                           By: /s/ Sergei Lemberg

                                                                                           Sergei Lemberg (SL 6331)
                                                                                           Lemberg & Associates L.L.C.
                                                                                           1100 Summer Street, 3rd Floor
                                                                                           Stamford, CT 06905
                                                                                           Telephone: (203) 653-2250
                                                                                           Facsimile:  (203) 653-3424
                                                                                           Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                           Sergei Lemberg