**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Alicia Peterman, | : |
| | : |
| | : Civil Action No.:  2:11-cv-05891-JS-WDW |
| Plaintiff, | : |
| v. | : |
| | : |
| Commercial Recovery Systems, Inc.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Alicia Peterman ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 28, 2012

*The Clerk shall Close this case.*

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg (SL 6331)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiffs

SO ORDERED:
/s/   JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 3-29-12
Central Islip, NY